Case 12-24289-GLT    Doc 104    Filed 11/02/16    Entered 11/02/16 17:15:08    Desc Main
Document      Page 1 of 1

FILED
11/2/16 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  12-24289-GLT |
| | : | Chapter:   13 |
| Brian A. Kapusta | : | |
| Shanelle R. Kapusta | : | |
| | : | Date:  11/2/2016 |
| *Debtor(s).* | : | Time:  10:00 |

## PROCEEDING MEMO

**MATTER:**  #99 - Application for Compensation for Debtor's Attorney
          [Response due 10/24/2016]
          #102- Withdrawal of Application for Compensation

**APPEARANCES:**
    Debtor:   Bryan Keenan (on behalf of Edgardo D. Santillan)
    Trustee:  Jana Pail

**NOTES:**

Court - Text order previously issued with respect to two line items questioned by the Court. Withdrawal suggests that an amended fee application will be filed. Can matter be addressed at this time?

Keenan - Once incorrect charges are removed, under this fee application there will be nothing due. Additional work is anticipated. Trustee has requested dismissal. No amended plan filed by the date due pursuant to the order scheduling the certificate of default. Application is rendered moot as filed. Debtors have no defense to dismissal, but requests ten days to confirm that with Attorney Santillan.

Pail - Conciliation conference on the certificate of default is set for tomorrow, November 3.

Court - No need for an Order approving the fees but for the two line items?

Keenan - Nothing due once those two charges are removed. Total due under fee application as filed as $200.

**OUTCOME:**

1. Order to be issued denying Application for Compensation as withdrawn. O/E.

**DATED:** 11/2/2016