FILED
11/2/16 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRIAN A. KAPUSTA | ) | Bankruptcy No. 12-24289-GLT |
| SHANELLE R. KAPUSTA | ) | |
| Debtors | ) | Chapter 13 |
| | ) | Related to Docket No. 99, 100 & 102 |
| EDGARDO D. SANTILLAN, ESQUIRE | ) | |
| Applicant | ) | |
| | ) | Hearing Date: 11/2/2016 @ 10:30A.M.. |
| | ) | |

## ORDER

AND NOW, this 2nd day of November, 2016, **IT APPEARING TO THE COURT THAT** the Debtor's Counsel has filed a Praecipe to Withdraw the Application for Compensation in the above captioned case,

**IT IS HEREBY ORDERED** that the Application for Compensation is **DISMISSED AS WITHDRAWN**.

BY THE COURT:

_____
Judge Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian A. Kapusta  
Shanelle R. Kapusta  
    Debtors

Case No. 12-24289-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Nov 02, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.  
db/jdb      +Brian A. Kapusta,   Shanelle R. Kapusta,   620 Penn High Park Road,   Jeannette, PA 15644-2964

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Andrew F Gornall   on behalf of Creditor   U.S Bank National Association et al agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Danielle Boyle-Ebersole   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        David H. Lipow   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com, dlipow@milsteadlaw.com  
        Edgardo D. Santillan   on behalf of Joint Debtor Shanelle R. Kapusta eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
        Edgardo D. Santillan   on behalf of Debtor Brian A. Kapusta eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
        Matthew Christian Waldt   on behalf of Creditor   U.S Bank National Association et al mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        Matthew Christian Waldt   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                          TOTAL: 10