**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brian A. Kapusta** | : | Case No. 12−24289−GLT |
| **Shanelle R. Kapusta** | : | Chapter: 13 |
| **aka Shanelle R Evkovich** | : | |
| *Debtor(s)* | : | |
| | : | |
| U.S. Bank, N.A., Successor Trustee to LaSalle | : | Related to Claim No. 7 |
| Bank National Association, on Behalf of the | : | |
| Holders of Bear Stearns Asset Backed Securities I | : | |
| Trust 2005−HE8, Asset−Backed Certificates | : | |
| Series 2005−HE8 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Brian A. Kapusta | : | |
| Shanelle R. Kapusta | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

     **AND NOW**, this **12th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *U.S. Bank, N.A.* at Claim No. 7 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 12-24289-GLT
Brian A. Kapusta                                                                        Chapter 13
Shanelle R. Kapusta
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lkat           Page 1 of 1          Date Rcvd: Jan 12, 2017
                          Form ID: 237         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
db/jdb        +Brian A. Kapusta,    Shanelle R. Kapusta,    620 Penn High Park Road,    Jeannette, PA 15644-2964

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    U.S Bank National Association et al
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              David H. Lipow    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              Edgardo D. Santillan    on behalf of Joint Debtor Shanelle R. Kapusta eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Debtor Brian A. Kapusta eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S Bank National Association et al
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 11