# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** BRIAN A. & SHANELLE R. KAPUSTA
**Case Number:** 12-24289-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 19, 2017 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#96 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 96 / 0

## Appearances: Keenan

Debtor:
Trustee: (Winnecour / Bedford) Pail / Katz
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __3-9-17__ at __2:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 JAN 20 P 3:03 U.S. BANKRUPTCY COURT CLERK PITTSBURGH

1/11/2017   3:49:05PM