FILED
1/25/17 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 12-24289-GLT |
| Brian A. Kapusta | Chapter 13 |
| Shanelle R. Kapusta | |
| | Document No. |
| DEBTOR | Hearing Date: February 15, 2017 @ 10:30am |
| ---------------------------------------- | |
| Edgardo Santillan | Related to Docket No. 110 |
| APPLICANT | |
| vs. | |
| NO RESPONDENT | |

## ORDER OF COURT

AND NOW, to-wit, this 25th Day of January, ,2017, the **APPLICATION OF Edgardo Santillan FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$4,000.00** for services rendered on behalf of the Debtor(s) for the period between August 28, 2012 through April 07, 2016, which represents $4,000.00 in attorney fees and $0.00 in costs.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

The Clerk shall record the total award of compensation in the amount of $4,000.00

Prepared by: Edgardo D. Santillan, Esq.

**DEFAULT ENTRY**

Dated: January 25, 2017

Gregory J. Taddonio    **drb**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian A. Kapusta  
Shanelle R. Kapusta  
       Debtors

Case No. 12-24289-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lkat      Page 1 of 1      Date Rcvd: Jan 25, 2017  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.  
db/jdb      +Brian A. Kapusta,   Shanelle R. Kapusta,   620 Penn High Park Road,   Jeannette, PA 15644-2964

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2017 at the address(es) listed below:

          Andrew F Gornall   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Andrew F Gornall   on behalf of Creditor   U.S Bank National Association et al  
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Danielle Boyle-Ebersole   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
          David H. Lipow   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com, dlipow@milsteadlaw.com  
          Edgardo D. Santillan   on behalf of Joint Debtor Shanelle R. Kapusta eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
          Edgardo D. Santillan   on behalf of Debtor Brian A. Kapusta eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
          James Warmbrodt   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com  
          Matthew Christian Waldt   on behalf of Creditor   U.S Bank National Association et al mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
          Matthew Christian Waldt   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                             TOTAL: 11