# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | BRIAN A. & SHANELLE R. KAPUSTA |
| **Case Number:** | 12-24289-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 09, 2017 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#96 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  96 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:  Order recommending dismissing case.

Not feasible.

No pmt since 4/16
Counsel/debtor have no defense
Trustee consents

RECEIVED
2017 MAR 13 A 7:10
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

3/1/2017    3:58:12PM