Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brian A. Kapusta** | : | Case No. 12−24289−GLT |
| **Shanelle R. Kapusta** | : | Chapter: 13 |
| **aka Shanelle R Evkovich** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Issued Per 3/9/2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **13th day of March, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-24289-GLT
Brian A. Kapusta                                                      Chapter 13
Shanelle R. Kapusta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dbas                    Page 1 of 2              Date Rcvd: Mar 13, 2017
                                Form ID: 309                  Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
```
db/jdb         +Brian A. Kapusta,   Shanelle R. Kapusta,   620 Penn High Park Road,   Jeannette, PA 15644-2964
13455977      ++ACCOUNT CONTROL TECHNOLOGY,   21700 OXNARD STREET,   SUITE 1400,   WOODLAND HILLS CA 91367-3636
              (address filed with court: Account Control Techno,   6918 Owensmouth Ave,
              Canoga Park, CA 91303)
13455978       Bellevernon Financial,   Room 105 Tri-County Plaz,   Belle Vernon, PA 15012
13557157      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of PENNSYLVANIA,   200 Civic Center Dr., 11th Floor,
              Columbus, OH  43215)
13455980       +Coll Recv Sv,   29 Regency Plaza,   Glen Mills, PA 19342-1001
13455981       +Coll Svc Ctr,   839 Fifth Ave,   New Kensington, PA 15068-6303
13455983        Columbia Gas,   PO Box 830012,   Baltimore, MD 21283
13455987       +Diversified,   Pob 200,   Greensburg, PA 15601-0200
13455988       +Diversified Collection,   Po Box 200,   Greensburg, PA 15601-0200
13508714        ECMC,   PO Box 16408,   St Paul MN 55116-0408
13455989       +Emc Mortgage,   Po Box 293150,   Lewisville, TX 75029-3150
13455991       +Fmcc,   12110 Emmet,   Omaha, NE 68164-4263
13455993        Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13557081       +U.S. Bank National Association et al,   JPMorgan Chase Bank, N.A.,   3415 Vision Drive,
              OH4-7133,   Columbus, OH 43219-6009
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13455992        EDI: GMACFS.COM Mar 14 2017 01:38:00      National,   5700 Crooks Rd Ste 301,   Troy, MI 48098
13516562       +EDI: ACCE.COM Mar 14 2017 01:48:00      Asset Acceptance LLC,   Po Box 2036,
              Warren MI 48090-2036
13455979       +E-mail/Text: banko@berkscredit.com Mar 14 2017 01:51:07      Berks Credit & Colle,   Po Box 329,
              Temple, PA 19560-0329
13455982       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 14 2017 01:51:29      Collection Service Cen,
              839 5th Ave,   New Kensington, PA 15068-6303
13455984       +EDI: CCUSA.COM Mar 14 2017 01:38:00      Credit Coll/Usa,   Po Box 873,
              Morgantown, WV 26507-0873
13455986       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 14 2017 01:51:39
              Credit Management Co,   2121 Noblestown Road,   Pittsburg, PA 15205-3956
13455985       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 14 2017 01:51:39
              Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13547072       +EDI: RESURGENT.COM Mar 14 2017 01:48:00      East Bay Funding, LLC its successors and assigns,
              as assignee of B-Line, LLC,   Resurgent Capital Services,   PO Box 288,
              Greenville, SC 29602-0288
13455990       +EDI: AMINFOFP.COM Mar 14 2017 01:48:00      First Premier Bank,   601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
13544542       +EDI: RESURGENT.COM Mar 14 2017 01:48:00      PYOD, LLC its successors and assigns as assignee,
              of Capital One Bank (USA), N.A.,   Resurgent Capital Services,   PO Box 19008,
              Greenville, SC 29602-9008
13511871        E-mail/Text: ebn@vativrecovery.com Mar 14 2017 01:51:07      Palisades Acquisition IX, LLC,
              Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
              PO Box 40728,   Houston TX 77240-0728
13455994       +E-mail/Text: ebn@vativrecovery.com Mar 14 2017 01:51:07      Palisades Collection L,
              210 Sylvan Ave,   Englewood, NJ 07632-2510
13555952       +E-mail/Text: csidl@sbcglobal.net Mar 14 2017 01:51:39      Premier Bankcard/Charter,
              P.O. Box 2208,   Vacaville, CA 95696-8208
13640169        E-mail/Text: bkdepartment@rtresolutions.com Mar 14 2017 01:51:33
              Real Time Resolutions, Inc.,   1349 Empire Central, Suite #150,   Dallas, Texas 75247-4029
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              U.S Bank National Association et al
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr             ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13712272       ##+Pooling and Servicing Agreement Bear St,   Serviced by Select Portfolio Servicing,,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 3, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Mar 13, 2017
                              Form ID: 309            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    U.S Bank National Association et al
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              David H. Lipow    on behalf of Creditor     SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              Edgardo D. Santillan    on behalf of Debtor Brian A. Kapusta eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Joint Debtor Shanelle R. Kapusta eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    U.S Bank National Association et al
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```