**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BRIAN A. KAPUSTA
    SHANELLE R. KAPUSTA
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-24289 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/28/2012 and confirmed on 03/19/2013 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,485.96 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,485.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,510.00 | |
|   Trustee Fee | 1,427.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,937.60 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | POOLING AND SERVICING AGRMNT BEAR | 0.00 | 23,408.51 | 0.00 | 23,408.51 |
| | Acct: 0587 | | | | |
| | REAL TIME RESOLUTIONS INC(*) | 4,219.64 | 4,219.64 | 0.00 | 4,219.64 |
| | Acct: 4011 | | | | |
| | POOLING AND SERVICING AGRMNT BEAR | 25,395.71 | 1,784.10 | 0.00 | 1,784.10 |
| | Acct: 4581 | | | | |
| | REAL TIME RESOLUTIONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4011 | | | | |
| | BELLE VERNON FINANCIAL SVCS | 2,241.19 | 2,241.19 | 246.16 | 2,487.35 |
| | Acct: 0001 | | | | |
| | NATIONAL AUTO FINANCE(*) | 4,300.00 | 4,300.00 | 348.76 | 4,648.76 |
| | Acct: 5459 | | | | |
| | | | | | 36,548.36 |
| Priority | | | | | |
| | EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN A. KAPUSTA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | PROSTKO & SANTILLAN LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SANTILLAN LAW FIRM PC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SANTILLAN LAW FIRM PC | 510.00 | 510.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-16 | | | | |
| | EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SANTILLAN LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | ACCOUNT CONTROL TECHNOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2715 | | | | |
| | BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0808 | | | | |
| | BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8710 | | | | |
| | COLLECTION RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1237 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: BH7K | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: A402 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: A403 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5001 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: A401 | | | | |
| | COLUMBIA GAS OF PA INC(*) | 7,859.13 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXX0018 | | | | |
| | CREDIT COLLECTIONS USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0201 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8536 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7582 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6946 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0399 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1147 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5804 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1375 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1022 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5803 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8054 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4512 | | | | |

| 12-24289 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 7750 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 5802 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 8055 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 1052 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 8264 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 3387 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 7211 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 1376 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 7157 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 2162 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 7577 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 0822 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 0399 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 1147 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 5804 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 1375 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 1022 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 5803 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 8054 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 4512 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 7750 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 5802 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 8055 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 1052 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 8264 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 3387 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 7211 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++<br>Acct: 1376 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 12-24289 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Acct: 7157 | | | | |
| DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2162 | | | | |
| DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7577 | | | | |
| DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0822 | | | | |
| PREMIER BANKCARD/CHARTER | 391.95 | 0.00 | 0.00 | 0.00 |
| Acct: 023R | | | | |
| FMCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8081 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1948 | | | | |
| PALISADES ACQUISITION/PALISADES CLL | 172.81 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| ECMC(*) | 24,217.90 | 0.00 | 0.00 | 0.00 |
| Acct: 8931 | | | | |
| ASSET ACCEPTANCE CORP | 6,200.68 | 0.00 | 0.00 | 0.00 |
| Acct: 2280 | | | | |
| PYOD LLC | 812.49 | 0.00 | 0.00 | 0.00 |
| Acct: 7223 | | | | |
| EAST BAY FUNDING | 2,574.67 | 0.00 | 0.00 | 0.00 |
| Acct: R830 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4581 | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 36,548.36 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED         36,156.54
UNSECURED       42,229.63

Date: 04/11/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com